IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| EAT'N PARK HOSPITALITY GROUP, INC. and EPR HOLDINGS, INC., <br><br>  Plaintiffs, <br><br> v. <br><br> FORGET-ME-KNOT GIFTS, <br><br>  Defendant. | Civil Action No. 09-907 |

## VOLUNTARY DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1), Plaintiffs, Eat'n Park Hospitality Group, Inc. and EPR Investments, Inc., together ("Eat'n Park") hereby voluntarily dismisses this action against Forget-Me-Knot Gifts, without prejudice. Defendant has not filed an Answer or Dispositive Motion.

Date: November 13, 2009

Respectfully Submitted,

/s/ Kent E. Baldauf, Jr.

Kent E. Baldauf, Jr., PA ID No. 70793
John W. McIlvaine, P.A. ID No. 56773
J. Matthew Pritchard, P.A. ID No. 85732
Bryan P. Clark, P.A. ID No. 205708

THE WEBB LAW FIRM
700 Koppers Building
436 Seventh Avenue
Pittsburgh, PA 15219
Telephone: (412) 471-8815
Facsimile: (412) 471-4094

Attorneys for Plaintiffs